UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WACHOVIA SECURITIES, LLC, ) | |
| ) | |
| Interpleader Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CASE NO. 1:06-CV-0154 SEB-VSS |
| MADDOX HARGETT & CARUSO, P.C., ) | |
| STOLTMANN LAW OFFICES, P.C., ) | |
| and NANCY CLAIR, ) | |
| ) | |
| Interpleader Defendants. ) | |

## ORDER ON AGREED MOTION OF PARTIES TO ENJOIN THE INTERPLEADER DEFENDANTS, DISMISSING AND DISCHARGING THE INTERPLEADER PLAINTIFF AND STAYING ALL REMAINING ISSUES BETWEEN INTERPLEADER DEFENDANTS

This matter comes before the Court on the parties' Agreed Motion for Injunction of the Interpleader Defendants, Discharge and Dismissal of the Interpleader Plaintiff and stay of all remaining issues between the Interpleader Defendants (the "Agreed Motion"). Having considered the matter, and being duly advised, the Court now GRANTS the Agreed Motion and ORDERS the following:

A. The Interpleader Defendants, Maddox Hargett & Caruso, P.C., Stoltmann Law Offices, P.C. and Nancy Clair are each forever enjoined and restrained from taking any action or commencing any proceeding against Wachovia Securities, LLC ("Wachovia") in relation to the Confidential Settlement reached between Wachovia and Nancy Clair (the "Confidential Settlement") the interpleader funds in this Case, and from continuing with the prosecution of any action or proceeding reinstated or commenced against Wachovia in relation to the Confidential Settlement and/or the interpleader funds.

  B. Wachovia is discharged from any further liability with respect to the Confidential Settlement and the interpleader funds, and is dismissed from this case.

  C. The matter is stayed as to all remaining issues between the Interpleader Defendants relative to the remaining interpleader funds pending further agreement of the Interpleader Defendants or an Order from the Circuit Court of Cook County, Illinois, County Department, Chancery Division in the pending lawsuit captioned Maddox Hargett & Caruso, P.C. v. Andrew Stoltmann, Stoltmann Law Office, P.C., Sandor Grossman and Law Offices of Sandor Grossman, Ltd., Case Number 1:05-CH-03691.

This Court certifies pursuant to Federal Rule of Civil Procedure 54(b) that there is no just reason for delay of entry of judgment and directs that a final judgment awarding Wachovia the injunction of the Interpleader Defendants, and discharging and dismissing Wachovia and Bielfeldt shall be entered.

  IT IS SO ORDERED 03/10/2006

*[signature]*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution to:

Robert J. Schuckit
Schuckit & Associates, P.C.
30th Market Street, Suite 3000
Indianapolis, Indiana 46204

Mark E. Maddox
Thomas K. Caldwell
Maddox Hargett & Caruso, P.C.
10100 Lantern Road, Suite 150
Fishers, IN 46037

Bart A. Karwath
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, Indiana 46204

INDS02 BAK 791841v1